MARK J. LINDERMAN (State Bar No. 144685)
JOHN F. QUERIO (State Bar No. 235524)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC USA, INC., a Minnesota corporation; and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | No. C 06-04455 JSW<br><br>~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF JENNIFER BIANROSA PRO HAC VICE<br><br><br>Judge: Jeffrey S. White |

Jennifer BianRosa, an active member in good standing of the bar of New York, whose business address and telephone number is: MORGAN & FINNEGAN LLP, 3 World Financial Center, New York, New York 10281-2101, (212) 415-8700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing W.L. Gore & Associates, Inc.,

IT IS HEREBY ORDERED that the Application of Jennifer BianRosa to Appear as Counsel *Pro Hac Vice* for W.L. Gore & Associates, Inc. is GRANTED subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

-1-
~~(Proposed)~~ Order Granting Application for Admission of Jennifer BianRosa Pro Hac Vice

will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __October 16, 2006__         _____
                                     Hon. Jeffrey S. White
                                     United States District Judge