MARK J. LINDERMAN (State Bar No. 144685)
JOHN F. QUERIO (State Bar No. 235524)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC USA, INC., a Minnesota corporation; and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | No. C 06-04455 JSW<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF GERARD A. HADDAD PRO HAC VICE<br><br><br>Judge: Jeffrey S. White |

Gerard A. Haddad, an active member in good standing of the bar of New York, whose business address and telephone number is: MORGAN & FINNEGAN LLP, 3 World Financial Center, New York, New York 10281-2101, (212) 415-8700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing W.L. Gore & Associates, Inc.,

IT IS HEREBY ORDERED that the Application of Gerard A. Haddad to Appear as Counsel *Pro Hac Vice* for W.L. Gore & Associates, Inc. is GRANTED subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

-1-
(Proposed) Order Granting Application for Admission of Gerard A. Haddad Pro Hac Vice

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 16, 2006

*[signature: Jeffrey S White]*
Hon. Jeffrey S. White
United States District Judge