IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., ET AL,

    Plaintiff,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

No. C 06-04455 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

    The Court HEREBY ORDERS the parties to submit a joint status report addressing the question of whether this matter is related to any other cases involving the parties that were or are now pending before this Court. The parties shall submit their joint status report by no later than November 6, 2006.

    **IT IS SO ORDERED.**

Dated: October 30, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California