| | |
|---|---|
| James J. Elacqua (CSB No.: 187897)<br>james.elacqua@dechert.com<br>Noemi C. Espinosa (CSB No.: 116753)<br>nicky.espinosa@dechert.com<br>Ellen J. Wang (CSB No.: 215478)<br>ellen.wang@dechert.com<br>DECHERT LLP<br>1117 California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 813-4800<br>Facsimile: (650) 813-4848<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC USA, INC.,<br>AND MEDTRONIC VASCULAR, INC. | David H. Pfeffer (Pro hac vice)<br>dpfeffer@morganfinnegan.com<br>Christopher K. Hu (Pro hac vice)<br>chu@morganfinnegan.com<br>John T. Gallagher (Pro hac vice)<br>jgallagher@morganfinnegan.com<br>Gerard A. Haddad (Pro hac vice)<br>ghaddad@morganfinnegan.com<br>Jennifer Bianrosa (Pro hac vice)<br>jbianrosa@morganfinnegan.com<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, New York 10281-2101<br>Telephone: (212) 415-8700<br>Facsimile: (212) 415-8701<br><br>Attorneys for Defendant<br>W.L. GORE & ASSOCIATES, INC. |

Mark Linderman (CSB No.: 144685)
mlinderman@sonnenschein.com
John Querio (CSB No.: 235524)
jquerio@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C06-04455 JSW

**STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Mediation with a court-appointed mediator, pursuant to ADR L.R. 6.

**SO STIPULATED:**

Dated: January 12, 2007          DECHERT LLP

By: /S/ NOEMI C. ESPINOSA
James J. Elacqua
Noemi C. Espinosa
Ellen J. Wang

Attorneys for Plaintiff
MEDTRONIC, INC.
MEDTRONIC USA, INC.
MEDTRONIC VASCULAR, INC.

Dated: January 12, 2007          MORGAN & FINNEGAN, LLP

By: /S/ CHRISTOPHER K. HU
David H. Pfeffer (Pro hac vice)
Christopher K. Hu (Pro hac vice)
John T. Gallagher (Pro hac vice)
Gerard A. Haddad (Pro hac vice)
Jennifer BianRosa (Pro hac vice)

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

- 2 -

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C06-04455 JSW

**ORDER**

Pursuant to the stipulation above, the above-captioned matter is hereby referred to mediation. The deadline for an ADR session is 90 days from the date of this order.

**IT IS SO ORDERED.**

DATED: January 12, 2007            _____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

Dechert LLP
Attorneys At Law
Palo Alto

- 3 -

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C06-04455 JSW