1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  MEDTRONIC, INC., ET AL,

10            Plaintiff,                        No. C 06-04455 JSW

11     v.                                       **CASE MANAGEMENT ORDER**

12  W.L. GORE & ASSOCIATES, INC.,

13            Defendant.
   _____/

14

15        This matter came before the Court for a case management conference on February 2,

16  2007.  Following that conference, IT IS HEREBY ORDERED as follows:

17  **A.    Deadlines:**

18        1.    The deadline to complete court sponsored mediation is May 14, 2007.

19        2.    February 16, 2007: Medtronic to serve disclosure of asserted claims and

20              preliminary infringement contentions and associated document production;

21        3.    March 28, 2007: Gore to serve preliminary invalidity contentions and associated

22              document production;

23        4.    April 11, 2007: Exchange proposed terms for claim construction;

24        5.    April 25, 2007: Exchange preliminary proposed claim constructions and

25              extrinsic evidence;

26        6.    May 4, 2007: Deadline for request for leave to file additional terms for

27              construction;

28        7.    May 18, 2007: File Joint Claim Construction and PreHearing Statement.   **The**
             **parties are reminded to review and comply with this Court's Standing**

United States District Court

For the Northern District of California

United States District Court

For the Northern District of California

1  **Orders on Patent Cases with respect to the Joint Claim Construction and**

2  **PreHearing Statement.**

3  8.  June 18, 2007: Claim Construction Discovery Closes;

4  9.  June 29, 2007: Medtronic to file and serve opening claim construction brief and

5  evidence;

6  10.  July 13, 2007: Gore to file and serve opposition claim construction brief and

7  evidence;

8  11.  July 20, 2007: Medtronic to file and serve reply claim construction brief and

9  evidence;

10  12.  July 20, 2007: Parties to file amended joint claim construction and prehearing

11  statement;

12  13.  Tuesday, August 7, 2007, 2:00 p.m.: Claim Construction Tutorial Session

13  14.  Friday, August 10, 2007: Parties to exchange claim construction exhibits

14  15.  Tuesday, August 14, 2007, 2:00 p.m.: Claim Construction Hearing.

15  **B.  Discovery**

16  The parties are reminded that a failure to voluntarily disclose information pursuant to

17  Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

18  pursuant to Rule 26(e) may result in exclusionary sanctions.

19  This matter will be referred to a randomly assigned Magistrate Judge for supervision of

20  discovery.

21  **C.  Procedure for Amending this Order.**

22  No provision of this order may be changed except by written order of this Court upon its

23  own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-1 or 7-

24  1(b) with a showing of very good cause.  If the modification sought is an extension of a

25  deadline contained herein, the motion must be brought *before* expiration of that deadline.  The

26  parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after

27  the date of this Order does not constitute good cause.  The parties are advised that if they

28  stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery

schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: February 5, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3