IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., ET AL, | |
| Plaintiff, | No. C 06-04455 JSW |
| v. | **ORDER OF REFERRAL FOR SUPERVISION OF DISCOVERY** |
| W.L. GORE & ASSOCIATES, INC., | |
| Defendant. / | |

Pursuant to Local Rule 72-1, this matter is hereby referred to a randomly assigned Magistrate Judge for supervision of discovery.

**IT IS SO ORDERED.**

Dated: February 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE