UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> W.L. GORE & ASSOCIATES, INC., <br><br> Defendant. | C 06-04455 JSW <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION SEEKING REMOVAL FROM COURT-CONNECTED MEDIATION |

The Court, having considered the Joint Stipulation Seeking Removal From Court Connected Mediation submitted by counsel, and finding good cause exists, hereby ORDERS the parties removed from court-connected mediation and referred to private mediation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 22, 2007

_____
Honorable Jeffrey S. White
United States District Judge

1055572 v1