1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MEDTRONIC, INC., ET AL,

10          Plaintiff,                             No. C 06-04455 JSW

11    v.                                           **ORDER GRANTING
                                                   UNOPPOSED REQUEST TO**
12   W.L. GORE & ASSOCIATES, INC.,                 **AMEND PRELIMINARY
                                                   INVALIDITY CONTENTIONS**
13          Defendant.
                                              /
14

15          The Court has received W.L. Gore & Associates, Inc.'s unopposed motion to amend its

16   preliminary invalidity contentions.  Based on the lack of opposition from Plaintiffs and good

17   cause appearing, the request is HEREBY GRANTED.

18          **IT IS SO ORDERED.**

19

20   Dated: June 29, 2007                    _____
                                             JEFFREY S. WHITE
21                                           UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California