| | |
|---|---|
| James J. Elacqua (CSB No.: 187897) | David H. Pfeffer (pro hac vice) |
| james.elacqua@dechert.com | dpfeffer@morganfinnegan.com |
| Noemi C. Espinosa (CSB No.: 116753) | Christopher K. Hu (pro hac vice) |
| nicky.espinosa@dechert.com | chu@morganfinnegan.com |
| Ellen J. Wang (CSB No.: 215478) | John T. Gallagher (pro hac vice) |
| ellen.wang@dechert.com | jgallagher@morganfinnegan.com |
| DECHERT LLP | Gerard A. Haddad (pro hac vice) |
| 2440 El Camino Real, Suite 700 | ghaddad@morganfinnegan.com |
| Mountain View, California 94040 | Jennifer BianRosa (pro hac vice) |
| Telephone:    (650) 813-4800 | jbianrosa@morganfinnegan.com |
| Facsimile:     (650) 813-4848 | MORGAN & FINNEGAN, L.L.P. |
| | 3 World Financial Center |
| Attorneys for Plaintiffs | New York, New York 10281-2101 |
| MEDTRONIC, INC., MEDTRONIC USA, | Telephone:   (212) 415-8700 |
| INC., AND MEDTRONIC VASCULAR, INC. | Facsimile:    (212) 415-8701 |
| | |
| | Attorneys for Defendant |
| | W.L. GORE & ASSOCIATES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>                              Defendant. | Case No.  C06-04455 JSW<br><br>**JOINT [PROPOSED] ORDER PERMITTING ENTRY AND EXIT TO THE COURT WITH  EQUIPMENT [TUTORIAL]**<br><br>**Tutorial:**<br>Date:   August 7, 2007<br>Time:  2:00 p.m.<br>Ctrm.: 2, 17th Floor<br><br>Honorable Jeffrey S. White |

<u>**ORDER**</u>

IT IS HEREBY ORDERED that Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC.,

AND MEDTRONIC VASCULAR, INC., its attorneys and agents, and Defendants W.L. GORE &

ASSOCIATES, INC., its attorneys and agents, shall be permitted to enter and exit the Court with the

following listed equipment, for use at the Tutorial Hearing, in the above-entitled matter, currently

scheduled for August 7, 2007 at 2:00 pm.

1.        Projection screen,

|    |     |                                                                                  |
|----|-----|----------------------------------------------------------------------------------|
| 1  | 2.  | LCD Projector,                                                                   |
| 2  | 3.  | Document presenter (ELMO),                                                       |
| 3  | 4.  | Four 17" flat-panel monitors,                                                    |
| 4  | 5.  | Additional flat-panel monitors as necessary,                                     |
| 5  | 6.  | Cables, power strips, extension cords, video switchers as necessary,             |
| 6  | 7.  | Laptop computers,                                                                |
| 7  | 8.  | Associated power cords, cables,                                                  |
| 8  | 9.  | AV Carts,                                                                         |
| 9  | 10. | 2 Easels,                                                                         |
| 10 | 11. | 2 Large Easel Notepads,                                                           |
| 11 | 12. | Dry Erase Easel,                                                                  |
| 12 | 13. | Laser pointers, wireless mouse,                                                  |
| 13 | 14. | Computer readable media (e.g. floppy disks, CD-ROMs, DVDs),                      |
| 14 | 15. | Metal coil, 2 metal rods,                                                         |
| 15 | 16. | 2 Thermoses – one with hot water and one with ice water,                         |
| 16 | 17. | 2 glass pyrex beakers,                                                           |
| 17 | 18. | Tweezers or tongs,                                                               |
| 18 | 19. | Paper towels,                                                                     |
| 19 | 20. | Panasonic DVX100A Camera (includes power supply, batteries, etc.),              |
| 20 | 21. | Bogen/Manfrotto 503 Tripod,                                                       |
| 21 | 22. | Sony PVM 8044U Monitor,                                                           |
| 22 | 23. | Sanken COS11 microphone,                                                          |
| 23 | 24. | Lectrosonics Wireless Mic. Kit (2),                                              |
| 24 | 25. | Bag, Misc. audio & video cables, headphones, etc.,                              |
| 25 | 26. | Bag, Power cables, gaffer's tape etc.,                                           |
| 26 | 27. | Case, Audio mixer, Adapters etc. (includes 2-TRAM TR50 microphones),            |
| 27 | 24. | Handtruck/cart,                                                                  |
| 28 | 25. | Tapestock (DV 1 hr),                                                             |

26.     Arri 650Watt light & stand,

27.     Various stent-graft devices, deployed and on catheters,

28.     Stent-graft delivery accessories,

29.     Several cans of Micro Blast compressed air spray,

30.     Crystal structure models,

31.     Nitinol metal rods.

Eric Ang of Fulcrum Legal Graphics, his associates and the attorneys to the parties in this case are authorized to bring this equipment into the courtroom.  In addition, each attorney from all parties to this action may bring a laptop computer for use in the courtroom.  Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.

The parties are FURTHER ORDERED to coordinate with this Court's Courtroom Deputy to arrange a specific time on August 7, 2007 to set up this equipment prior to 2:00 p.m.

Dated: ___August 3, 2007_____

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE