James J. Elacqua (CSB No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CSB No.: 215478)
ellen.wang@dechert.com
DECHERT LLP
2440 El Camino Real, Suite 700
Mountain View, California 94040
Telephone:    (650) 813-4800
Facsimile:    (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA,
INC., AND MEDTRONIC VASCULAR, INC.

David H. Pfeffer (pro hac vice)
dpfeffer@morganfinnegan.com
Christopher K. Hu (pro hac vice)
chu@morganfinnegan.com
John T. Gallagher (pro hac vice)
jgallagher@morganfinnegan.com
Gerard A. Haddad (pro hac vice)
ghaddad@morganfinnegan.com
Jennifer BianRosa (pro hac vice)
jbianrosa@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone:    (212) 415-8700
Facsimile:    (212) 415-8701

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C06-04455 JSW<br><br>**JOINT ~~[PROPOSED]~~ ORDER PERMITTING ENTRY AND EXIT TO THE COURT WITH EQUIPMENT [MARKMAN HEARING]**<br><br>**Claim Construction Hearing:**<br>Date:   August 14, 2007<br>Time:  2:00 p.m.<br>Ctrm.: 2, 17th Floor<br><br>Honorable Jeffrey S. White |

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC., its attorneys and agents, and Defendants W.L. GORE & ASSOCIATES, INC., its attorneys and agents, shall be permitted to enter and exit the Court with the following listed equipment, for use at the Claim Construction Hearing currently scheduled for August 14, 2007 at 2:00 p.m.

　　　1.　　Projection screen,

| | | |
|---|---|---|
| 1 | 2. | LCD Data Projector, |
| 2 | 3. | Document presenter (ELMO), |
| 3 | 4. | Four 17" flat-panel monitors, |
| 4 | 5. | Additional flat-panel monitors as necessary, |
| 5 | 6. | Cables, power strips, extension cords, video switchers as necessary, |
| 6 | 7. | Laptop computers, |
| 7 | 8. | Associated power cords, cables, |
| 8 | 9. | AV Carts, |
| 9 | 10. | 2 Easels, |
| 10 | 11. | 2 Large Easel Notepads, |
| 11 | 12. | Dry Erase Easel, |
| 12 | 13. | Laser pointers, wireless mouse, |
| 13 | 14. | Computer readable media (e.g. floppy disks, CD-ROMs, DVDs). |

Eric Ang of Fulcrum Legal Graphics and his associates are authorized to bring this equipment into the courtroom.  In addition, each attorney from all parties to this action may bring a laptop computer for use in the courtroom.  Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.

The parties are further ORDERED to coordinate with this Court's Courtroom Deputy to arrange a specific time on August 14, 2007, to set up the equipment before 2:00 p.m.

Dated:  August 3, 2007                          _____
                                                 Honorable Jeffrey S. White
                                                 UNITED STATES DISTRICT COURT JUDGE