| | |
|---|---|
| James J. Elacqua (CSB No.: 187897)<br>james.elacqua@dechert.com<br>Noemi C. Espinosa (CSB No.: 116753)<br>nicky.espinosa@dechert.com<br>Ellen J. Wang (CSB No.: 215478)<br>ellen.wang@dechert.com<br>Joshua C. Walsh-Benson (CSB No.: 229983)<br>joshua.walsh-benson@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, California 94040<br>Telephone:   (650) 813-4800<br>Facsimile:   (650) 813-4848<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC USA, INC.,<br>AND MEDTRONIC VASCULAR, INC.<br><br>Mark Linderman (CSB No.: 144685)<br>mlinderman@sonnenschein.com<br>Hillary Noll Kalay (CSB No.: 233173)<br>hkalay@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Telephone:   (415) 882-5000<br>Facsimile:   (415) 882-0300<br><br>Attorneys for Defendant<br>W.L. GORE & ASSOCIATES, INC. | David H. Pfeffer (*pro hac vice*)<br>dpfeffer@morganfinnegan.com<br>Christopher K. Hu (*pro hac vice*)<br>chu@morganfinnegan.com<br>John T. Gallagher (*pro hac vice*)<br>jgallagher@morganfinnegan.com<br>Gerard A. Haddad (*pro hac vice*)<br>ghaddad@morganfinnegan.com<br>Jennifer BianRosa (*pro hac vice*)<br>jbianrosa@morganfinnegan.com<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, New York 10281-2101<br>Telephone:   (212) 415-8700<br>Facsimile:   (212) 415-8701<br><br>Attorneys for Defendant<br>W.L. GORE & ASSOCIATES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C06-04455 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING THE EXTENSION OF TIME TO EXCHANGE FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

Pursuant to Civil L.R. 6-2, Medtronic, Inc., Medtronic USA, Inc. and Medtronic Vascular, Inc. ("Medtronic") and W.L. Gore & Associates, Inc. ("Gore") jointly submit this Joint Stipulation and [Proposed] Order. The parties hereby stipulate to request an extension of time for exchanging Final Infringement and Invalidity Contentions pursuant to Patent L.R. 3-6 to twenty (20) and forty (40) calendar days, respectively, after service of the Court's ruling on the upcoming Motion for Reconsideration ("Motion").

The Court filed its Claim Construction Order in the above-entitled action on October 19, 2007 (Docket item #91). The Court later granted Medtronic's Motion for Clarification and Motion for Leave to File Motion for Reconsideration regarding the Wiktor claim term "stent," on October 30, 2007 (Docket item #94). Pursuant to the Court's Motion for Reconsideration Order, Medtronic's Motion is due November 14th, Gore's opposition is due November 21st, and Medtronic's reply is due on November 28th, 2007.

To accommodate this briefing schedule, the parties wish to delay exchange of their Final Contentions while they await the Court's decision on the Motion. This time modification will not alter any other court-ordered dates or the schedule for this case.

Dated:   November 9, 2007            DECHERT LLP

                                     By:   /s/
                                        James J. Elacqua
                                        Noemi C. Espinosa
                                        Ellen J. Wang
                                        Joshua C. Walsh-Benson

                                     Attorneys for Plaintiffs
                                     MEDTRONIC, INC., MEDTRONIC USA, INC.
                                     and MEDTRONIC VASCULAR, INC.

Dated:   November 9, 2007            MORGAN & FINNEGAN, LLP

                                     By:   /s/
                                        David H. Pfeffer (Pro hac vice)
                                        Christopher K. Hu (Pro hac vice)
                                        John T. Gallagher (Pro hac vice)
                                        Gerard A. Haddad (Pro hac vice)
                                        Jennifer BianRosa (Pro hac vice)

                                     Attorneys for Defendant
                                     W.L. GORE & ASSOCIATES, INC.

DECHERT LLP
ATTORNEYS AT LAW

1

JOINT STIPULATION AND [PROPOSED] ORDER
REQUESTING THE EXTENSION OF TIME TO EXCHANGE
FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS
PURSUANT TO PATENT L.R. 3-6; C06-04455 JS

1  **ORDER**

2  Previously, the Parties have stipulated to extend the time for which to exchange Final

3  Infringement and Invalidity Contentions pursuant to Patent L.R. 3-6 to twenty (20) and forty

4  (40) calendar days, respectively, after service of the Court's ruling on the upcoming Motion for

5  Reconsideration.

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  DATED: November 13, 2007

HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

Dechert LLP
Attorneys At Law

2

JOINT STIPULATION AND [PROPOSED] ORDER
REQUESTING THE EXTENSION OF TIME TO EXCHANGE
FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS
PURSUANT TO PATENT L.R. 3-6; C06-04455 JS