James J. Elacqua (CSB No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CSB No.: 215478)
ellen.wang@dechert.com
Joshua C. Walsh-Benson (CSB No.: 229983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone:    (650) 813-4800
Facsimile:    (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC.,
AND MEDTRONIC VASCULAR, INC.

Mark Linderman (CSB No.: 144685)
mlinderman@sonnenschein.com
Hillary Noll Kalay (CSB No.: 233173)
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

David H. Pfeffer (*pro hac vice*)
dpfeffer@morganfinnegan.com
Christopher K. Hu (*pro hac vice*)
chu@morganfinnegan.com
John T. Gallagher (*pro hac vice*)
jgallagher@morganfinnegan.com
Gerard A. Haddad (*pro hac vice*)
ghaddad@morganfinnegan.com
Jennifer BianRosa (*pro hac vice*)
jbianrosa@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone:    (212) 415-8700
Facsimile:    (212) 415-8701

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CHANGE OF DATE OF FURTHER CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil L.R. 6-2, Medtronic, Inc., Medtronic USA, Inc. and Medtronic Vascular, Inc. ("Medtronic") and W.L. Gore & Associates, Inc. ("Gore") (collectively, the "Parties") submit this Joint Stipulation and [Proposed] Order.  The Parties hereby stipulate to request a change of the date for the Parties' Further Case Management Conference to December 21, 2007 at 1:30 PM.

The Clerk's Notice of November 14, 2007 set the parties' Further Case Management Conference to be held on November 30, 2007.  (Dkt. No. 99).  However, Medtronic's outside counsel, Dechert LLP, are unavailable to attend the Case Management Conference on that date, due to an out-of-town firm function.  In order for both Parties' counsel to attend the Further Case Management Conference in person, the Parties have agreed to file this Joint Stipulated Request to change the date to the Court's next available date.  This time modification will not alter any other court-ordered dates or the schedule for this case.

Dated:   November 20, 2007          DECHERT LLP

                                    By:  /s/  Ellen J. Wang
                                        James J. Elacqua
                                        Noemi C. Espinosa
                                        Ellen J. Wang
                                        Joshua C. Walsh-Benson

                                    Attorneys for Plaintiffs
                                    MEDTRONIC, INC., MEDTRONIC USA, INC.
                                    and MEDTRONIC VASCULAR, INC.

Dated:   November 20, 2007          MORGAN & FINNEGAN, LLP

                                    By:  /s/  Jennifer BianRosa
                                        David H. Pfeffer (Pro hac vice)
                                        Christopher K. Hu (Pro hac vice)
                                        John T. Gallagher (Pro hac vice)
                                        Gerard A. Haddad (Pro hac vice)
                                        Jennifer BianRosa (Pro hac vice)

                                    Attorneys for Defendant
                                    W.L. GORE & ASSOCIATES, INC.

DECHERT LLP
ATTORNEYS AT LAW

13018476.1                          1

JOINT STIPULATION AND [PROPOSED] ORDER
REQUESTING CHANGE OF DATE OF FURTHER CASE
MANAGEMENT CONFERENCE
C06-CV-04455 JSW

**ORDER**

Previously, the Parties have stipulated to request the Court to change the date of the Parties' Further Case Management Conference to the next available Case Management Conference date, December 21, 2007 at 1:30 PM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 21, _____, 2007    _____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

DECHERT LLP
ATTORNEYS AT LAW

2

JOINT STIPULATION AND [PROPOSED] ORDER
REQUESTING CHANGE OF DATE OF FURTHER CASE
MANAGEMENT CONFERENCE
C06-CV-04455 JSW