| | |
|---|---|
| MARK J. LINDERMAN (State Bar No. 144685)<br>mlinderman@sonnenschein.com<br>HILLARY NOLL KALAY (State Bar No. 233173)<br>hkalay@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL<br>525 Market Street, 26th Floor<br>San Francisco, California 94105-2708<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300<br><br>DAVID H. PFEFFER (pro hac vice)<br>dpfeffer@morganfinnegan.com<br>CHRISTOPHER K. HU (pro hac vice)<br>chu@morganfinnegan.com<br>GERARD A. HADDAD (pro hac vice)<br>ghaddad@morganfinnegan.com<br>JENNIFER BIANROSA (pro hac vice)<br>jbianrosa@morganfinnegan.com<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, New York 10281-2101<br>Telephone: (212) 415-8700<br>Facsimile: (212) 415-8701<br><br>Attorneys For Defendant<br>W.L. GORE & ASSOCIATES, INC. | James J. Elacqua (CSB No.: 187897)<br>james.elacqua@dechert.com<br>Noemi C. Espinosa (CSB No.: 116753)<br>nicky.espinosa@dechert.com<br>Ellen J. Wang (CSB No.: 215478)<br>ellen.wang@dechert.com<br>Joshua C. Walsh-Benson (CSB No.: 229983)<br>joshua.walsh-benson@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, California 94040<br>Telephone: (650) 813-4800<br>Facsimile: (650) 813-4848<br>Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br>v.<br>W.L. GORE & ASSOCIATES, INC.,<br>Defendant. | C 06-04455 JSW<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF TIME FOR DEFENDANT W.L. GORE & ASSOCIATES, INC. TO DECLARE ITS RELIANCE ON OPINIONS OF COUNSEL |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF TIME FOR
DEFENDANT GORE TO DECLARE ITS RELIANCE ON OPINIONS OF COUNSEL
C 06-04455 JSW (JL)

1119660 v1

Pursuant to Civil L.R. 6-2, W.L. Gore & Associates, Inc. ("Gore"), and Medtronic, Inc., Medtronic USA, Inc. and Medtronic Vascular, Inc. ("Medtronic") jointly submit this Joint Stipulation and [Proposed] Order. The parties hereby stipulate that Defendant W.L. Gore has an extension of time until Friday, January 25, 2008 within which to declare Gore's reliance on opinions of counsel and produce opinions and related documents pursuant to Pat. L.R. 3-8. This stipulation does not alter the date of any event or any deadline already fixed by Court order and is hereby filed promptly pursuant to Civil L.R. 5.

Declaring reliance on opinion of counsel in a patent case is a very important decision to a party. Gore seeks this three-day extension of time because access to key decision makers recently at Gore has been limited, and Gore wants to ensure that its decision is fully considered by key executives within the company.

This time modification will not alter any other court-ordered dates or the schedule for this case.

SO STIPULATED:

Dated: January 22, 2008

MORGAN & FINNEGAN, LLP
/s
_____
David H. Pfeffer (pro hac vice)
Christopher K. Hu (pro hac vice)
John T. Gallagher (pro hac vice)
Gerard A. Haddad (pro hac vice)
Jennifer BianRosa (pro hac vice)
3 World Financial Center
New York, New York 10281-2101
Telephone (212) 415-8700


Mark J. Linderman (State Bar No. 144685)
John Querio (State Bar No. 235524)
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000


Attorneys for Defendant
W.L. Gore & Associates, Inc.

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF TIME FOR
DEFENDANT GORE TO DECLARE ITS RELIANCE ON OPINIONS OF COUNSEL
C 06-04455 JSW (JL)

1119660 v1

- 2 -

1

2  Dated: January 22, 2008                DECHERT LLP

3
                                          /s
4                                         James J. Elaqua
                                          Noemi C. Espinosa
5                                         Ellen J. Wang
                                          1117 California Avenue
6                                         Palo Alto, California 94304
                                          Telephone: (650) 813-4800
7                                         Facsimile: (650) 813-4848

8

9                                         Attorneys for Plaintiffs
                                          Medtronic, Inc., Medtronic USA, Inc. and
10                                        Medtronic Vascular, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   JOINT STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF TIME FOR
        DEFENDANT GORE TO DECLARE ITS RELIANCE ON OPINIONS OF COUNSEL
                                                           C 06-04455 JSW (JL)

1119660 v1

[~~PROPOSED~~] ORDER

Previously, the parties have stipulated to extend the time for defendant W.L. Gore & Associates, Inc. to declare its reliance on opinions of counsel pursuant to Pat. L.R. 3-6 until January 25, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 23, 2008

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF TIME FOR DEFENDANT GORE TO DECLARE ITS RELIANCE ON OPINIONS OF COUNSEL
C 06-04455 JSW (JL)

1119660 v1