| | |
|---|---|
| James J. Elacqua (CSB No.: 187897)<br>james.elacqua@dechert.com<br>Noemi C. Espinosa (CSB No.: 116753)<br>nicky.espinosa@dechert.com<br>Ellen J. Wang (CSB No.: 215478)<br>ellen.wang@dechert.com<br>Joshua C. Walsh-Benson (CSB No.: 229983)<br>joshua.walsh-benson@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, California 94040<br>Telephone: (650) 813-4800<br>Facsimile: (650) 813-4848<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC USA, INC.,<br>AND MEDTRONIC VASCULAR, INC.<br><br>Mark Linderman (CSB No.: 144685)<br>mlinderman@sonnenschein.com<br>Hillary Noll Kalay (CSB No.: 233173)<br>hkalay@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300<br><br>Attorneys for Defendant<br>W.L. GORE & ASSOCIATES, INC. | David H. Pfeffer (*pro hac vice*)<br>dpfeffer@morganfinnegan.com<br>Christopher K. Hu (*pro hac vice*)<br>chu@morganfinnegan.com<br>John T. Gallagher (*pro hac vice*)<br>jgallagher@morganfinnegan.com<br>Gerard A. Haddad (*pro hac vice*)<br>ghaddad@morganfinnegan.com<br>Jennifer BianRosa (*pro hac vice*)<br>jbianrosa@morganfinnegan.com<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, New York 10281-2101<br>Telephone: (212) 415-8700<br>Facsimile: (212) 415-8701<br><br>Attorneys for Defendant<br>W.L. GORE & ASSOCIATES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. C06-04455 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CHANGE OF DATE TO EXCHANGE PRIVILEGE LOGS** |

Pursuant to Civil L.R. 6-2, Medtronic, Inc., Medtronic USA, Inc. and Medtronic Vascular, Inc. ("Medtronic") and W.L. Gore & Associates, Inc. ("Gore") (collectively, the "Parties") submit this Joint Stipulation and [Proposed] Order. The Parties hereby stipulate to request a change of the deadline for the Parties to exchange privilege logs from March 4, 2008 to March 7, 2008.

The Civil Minute Order of December 21, 2007 set the parties' Case Management Schedule requiring the Exchange of Privilege Logs to occur on March 4, 2008. (Dkt. No. 118). However, due to the large volume of documents associated with this case, outside counsel for Medtronic and Gore request additional time to catalog their privileged and work product information to date. The Parties have agreed to file this Joint Stipulated Request to revise the deadline to exchange privilege logs for an additional three days to March 7, 2008. This extension of time will not alter any other court-ordered dates or the trial schedule for this case.

Dated: March 4, 2008

DECHERT LLP

By: /s/ Ellen J. Wang
James J. Elacqua
Noemi C. Espinosa
Ellen J. Wang
Joshua C. Walsh-Benson

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC.
and MEDTRONIC VASCULAR, INC.

Dated: March 4, 2008

MORGAN & FINNEGAN, LLP

By: /s/ Gerard A. Haddad
David H. Pfeffer (Pro hac vice)
Christopher K. Hu (Pro hac vice)
John T. Gallagher (Pro hac vice)
Gerard A. Haddad (Pro hac vice)
Jennifer BianRosa (Pro hac vice)

Attorneys for Defendant
W.L. GORE & ASSOCIATES, INC.

# [PROPOSED] ORDER

In view of the parties' stipulation to extend time, the deadline for exchange of privilege logs is extended to March 7, 2008.

IT IS SO ORDERED.

DATED: March 5, _____, 2008

*Jeffrey S White*

HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT