MARK J. LINDERMAN (State Bar No. 144685)
mlinderman@sonnenschein.com
HILLARY NOLL KALAY (State Bar No. 233173)
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

CHRISTOPHER K. HU (pro hac vice)
huc@dicksteinshapiro.com
JOHN T. GALLAGHER (pro hac vice)
gallagherj@dicksteinshapiro.com
GERARD A. HADDAD (pro hac vice)
haddadg@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

JENNIFER BIANROSA (pro hac vice)
jbianrosa@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Attorneys For Defendant
W. L. GORE & ASSOCIATES, INC.

WILLIAM J. MALEDON (pro hac vice)
wmaledon@omlaw.com
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9331
Facsimile: (602) 640-6079

Attorneys For Defendant
W. L. GORE & ASSOCIATES, INC.

James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CSB No. 215478)
ellen.wang@dechert.com
Joshua C. Walsh-Benson (CSB No. 229983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,

Plaintiffs,

v.

W. L. GORE & ASSOCIATES, INC.,

Defendant.

C 06-04455 JSW (JL)

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND SCHEDULE FOR EXPERT DISCOVERY

Case 3:06-cv-04455-JSW Document 160 Filed 05/05/2008 Page 2 of 5

Pursuant to Civil L.R. 6-2, the parties jointly submit this Joint Stipulation and [Proposed] Order to extend the schedule for expert discovery. The Court's existing schedule (Docket No. 120) provided for the close of fact discovery on June 9, the exchange of expert disclosures by June 24, and the close of expert discovery by July 9. This schedule makes no provision for rebuttal expert reports, and provides only eight business days for expert depositions. The expert reports will likely rely on information learned during fact discovery. In order to give the parties more time to prepare opening and rebuttal expert reports after the close of fact discovery, and to allow for more time for expert depositions, the parties hereby stipulate to the request to modify the expert discovery schedule as follows:

June 16: Opening expert reports

July 14: Rebuttal expert reports

August 15: Close of expert discovery.

The parties have agreed to file this Joint Stipulation to extend the schedule for expert discovery as noted above. This change will not alter the date of any event or any deadline otherwise fixed by Court order.

SO STIPULATED:

DICKSTEIN SHAPIRO LLP

Dated: May 2, 2008

/s/ Gerard A. Haddad

CHRISTOPHER K. HU (pro hac vice)
huc@dicksteinshapiro.com
JOHN T. GALLAGHER (pro hac vice)
gallagherj@dicksteinshapiro.com
GERARD A. HADDAD (pro hac vice)
haddadg@dicksteinshapiro.com
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500

Mark J. Linderman (State Bar No. 144685)
Hillary Noll Kalay (State Bar No. 233173)
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000

William J. Maledon (pro hac vice)
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
Telephone: (602) 640-9331

JENNIFER BIANROSA (pro hac vice)
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700

Attorneys for Defendant
W.L. Gore & Associates, Inc.

Dated: May 2, 2008

DECHERT LLP

/s

James J. Elacqua (CSB No. 187897)
Noemi C. Espinosa (CSB No. 116753)
Ellen J. Wang (CSB No. 215478)
Joshua C. Walsh-Benson (CSB No. 229983)
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND SCHEDULE FOR EXPERT DISCOVERY
C 06-04455 JSW (JL)

1137038 v1

- 3 -

DOCSNY-306844v01

Case 3:06-cv-04455-JSW Document 159 Filed 05/05/08 Page 5 of 5

[~~PROPOSED~~] ORDER

The schedule for expert discovery shall proceed as follows:

June 16: Opening expert reports

July 14: Rebuttal expert reports

August 15: Close of expert discovery.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 5, 2008

Honorable Jeffrey S. White
United States District Judge

This Order terminates docket no. 148, and the hearing set for May 16, 2008 is VACATED.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND SCHEDULE FOR EXPERT DISCOVERY
C 06-04455 JSW (JL)

DOCSNY-306844v01