IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

No. C 06-04455 JSW

**ORDER REQUIRING RESPONSE ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

On April 30, 2008, Defendant W.L. Gore & Associates, Inc. ("Gore") filed a motion for leave to file a motion for reconsideration of this Court's Orders construing claims of the patents-in-suit. The basis of this motion is that newly discovered evidence supports the request for reconsideration.

Pursuant to Northern District Civil Local Rule 7-9(b), a party seeking leave to file a motion for reconsideration must demonstrate, *inter alia*, that "at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order." N.D. Civ. L.R. 7-9(b)(1). Although Gore's motion for leave to file the motion for reconsideration simply states that it relies on newly discovered evidence, the motion for reconsideration does address the basis for the request in more detail. (*See* Motion for Reconsideration at 2:1-22.)

The Court HEREBY ORDERS Plaintiffs to file a response to the request for leave to file a motion for reconsideration. Plaintiffs' response shall be limited to three pages, and shall *not*

1 address the merits of the motion for reconsideration. It shall only address whether Gore has met
2 its burden to establish that the Court should address the motion for reconsideration. Plaintiffs'
3 response shall be due by no later than May 12, 2008. Gore may file a reply limited to two pages
4 by no later than May 14, 2008. The Court shall thereafter take the motion for leave under
5 consideration, and if it grants Gore's request, shall set out a briefing order and set a hearing date
6 on the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: May 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE