James J. Elacqua (CSB No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CSB No.: 215478)
ellen.wang@dechert.com
Joshua C. Walsh-Benson (CSB No.: 229983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone:    (650) 813-4800
Facsimile:    (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC.,
AND MEDTRONIC VASCULAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**[~~PROPOSED~~] ORDER GRANTING-IN-PART AND DENYING-IN-PART GORE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   The Court, having considered Defendant Gore's Administrative Motion to File Under Seal
2   Pursuant to Civil Local Rule 79-5(d) and the Declaration of Joshua Walsh-Benson in response to
3   Gore's Administrative Motion to File Under Seal pursuant to Civ. Local Rule 79-5, GRANTS-
4   IN-PART and DENIES-IN-PART Gore's Administrative Motion.

The following documents shall be filed under seal:

1) Ex. H (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction).

2) Ex. I (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction).

3) Ex. J (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction).

4) Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's Septembe 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction (filed Apr. 30, 2008).

The following documents shall not be filed under seal:

5) Ex. L (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction).

6) Ex. N (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction).

7) Ex. O (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction).

8) Ex. P (attached to Declaration of Jennifer BianRosa in support of Defendant W.L. Gore & Associates, Inc.'s Motion for Reconsideration of the Court's September 19, 2007 [sic] and November 30, 2007 Orders on Claim Construction). This Order terminates Docket No. 152.

**IT IS SO ORDERED:**

DATED: May 20, 2008

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

13187089