| | |
|---|---|
| MARK J. LINDERMAN (State Bar No. 144685) | DAVID H. PFEFFER (pro hac vice) |
| mlinderman@sonnenschein.com | dpfeffer@morganfinnegan.com |
| HILLARY NOLL KALAY (State Bar No. 233173) | MORGAN & FINNEGAN, L.L.P. |
| hkalay@sonnenschein.com | 3 World Financial Center |
| SONNENSCHEIN NATH & ROSENTHAL | New York, New York 10281-2101 |
| 525 Market Street, 26th Floor | Telephone: (212) 415-8700 |
| San Francisco, California 94105-2708 | Facsimile: (212) 415-8701 |
| Telephone: (415) 882-5000 | |
| Facsimile: (415) 882-0300 | Attorneys For Defendant |
| | W. L. GORE & ASSOCIATES, INC. |
| CHRISTOPHER K. HU (pro hac vice) | |
| huc@dicksteinshapiro.com | James J. Elacqua (CSB No. 187897) |
| JOHN T. GALLAGHER (pro hac vice) | james.elacqua@dechert.com |
| gallagherj@dicksteinshapiro.com | Noemi C. Espinosa (CSB No. 116753) |
| GERARD A. HADDAD (pro hac vice) | nicky.espinosa@dechert.com |
| haddadg@dicksteinshapiro.com | Ellen J. Wang (CSB No. 215478) |
| JENNIFER BIANROSA (pro hac vice) | ellen.wang@dechert.com |
| jbianrosa@morganfinnegan.com | Joshua C. Walsh-Benson (CSB No. 229983) |
| DICKSTEIN SHAPIRO LLP | |
| 1177 Avenue of the Americas | joshua.walsh-benson@dechert.com |
| New York, New York 10036-2714 | DECHERT LLP |
| Telephone: (212) 277-6500 | 2440 W. El Camino Real, Suite 700 |
| Facsimile: (212) 277-6501 | Mountain View, California 94040 |
| | Telephone: (650) 813-4800 |
| WILLIAM J. MALEDON (pro hac vice) | Facsimile:  (650) 813-4848 |
| wmaledon@omlaw.com | |
| OSBORN MALEDON PA | Attorneys for Plaintiffs |
| The Phoenix Plaza | MEDTRONIC, INC., MEDTRONIC |
| 2929 North Central Avenue, 21st Floor | USA, INC., AND MEDTRONIC |
| Phoenix, Arizona 85012-2793 | VASCULAR, INC. |
| Telephone: (602) 640-9331 | |
| Facsimile: (602) 640-6079 | |

Attorneys For Defendant
W. L. GORE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC., | ) C 06-04455 JSW (JL) |
| Plaintiffs, | ) |
| v. | ) JOINT STIPULATION AND |
| | ) [~~PROPOSED~~] ORDER TO EXTEND |
| W. L. GORE & ASSOCIATES, INC., | ) SCHEDULE FOR CERTAIN |
| | ) DISCOVERY |
| Defendant. | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil L.R. 6-2, the parties jointly submit this Joint Stipulation and [Proposed] Order to extend the schedule for electronic discovery. The Court's existing schedule (Docket No. 120) provided for the close of fact discovery on June 9.

Due to the technical issues of retrieving and producing electronic documents associated with this case, Gore requests additional time to produce electronic documents. Also, Gore is awaiting production of documents and things pursuant to a subpoena of non-party Boston Scientific Corporation.

Therefore, the parties stipulate to Gore producing electronic documents, and any documents and things Gore receives from non-party Boston Scientific, to June 13, 2008.

The parties have agreed to file this Joint Stipulation to extend the schedule for discovery as noted above. This change will not alter the date of any event or any deadline otherwise fixed by Court order.

SO STIPULATED:

DICKSTEIN SHAPIRO LLP

Dated: June 9, 2008

/s/ Gerard A. Haddad
CHRISTOPHER K. HU (pro hac vice)
JOHN T. GALLAGHER (pro hac vice)
GERARD A. HADDAD (pro hac vice)
JENNIFER BIANROSA (pro hac vice)
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500


Mark J. Linderman (State Bar No. 144685)
Hillary Noll Kalay (State Bar No. 233173)
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000


William J. Maledon (pro hac vice)
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
Telephone: (602) 640-9331

DAVID H. PFEFFER (pro hac vice)
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700

Attorneys for Defendant
W.L. Gore & Associates, Inc.

JOINT STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND SCHEDULE FOR
CERTAIN DISCOVERY
C 06-04455 JSW (JL)

1137038 v1

- 2 -

DOCSNY-312839v01

1
2
3  Dated:  June 9, 2008

DECHERT LLP
/s
James J. Elacqua (CSB No. 187897)
Noemi C. Espinosa (CSB No. 116753)
Ellen J. Wang (CSB No. 215478)
Joshua C. Walsh-Benson (CSB No. 229983)
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR
CERTAIN DISCOVERY
C 06-04455 JSW (JL)

1137038 v1

- 3 -

DOCSNY-312839v01

[PROPOSED] ORDER

The schedule for remaining discovery shall proceed as follows: the time for Gore to produce electronic documents, and any documents and things Gore receives from non-party Boston Scientific, is extended to June 13, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 10, 2008

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge