

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., ET AL,

    Plaintiff,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

No. C 06-04455 JSW

**ORDER RE GORE'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT R TO BIANROSA DECLARATION**

On June 5, 2008, Defendant W.L. Gore & Associates, Inc. filed its reply to its motion for reconsideration and filed an administrative motion to seal Exhibit R to the Declaration of Jennifer BianRosa, submitted in support of that motion. Plaintiffs have not yet filed a declaration under Northern District Local Rule 79-5(d) to establish good cause to seal Exhibit R. Plaintiffs are HEREBY ORDERED that if they fail to submit a declaration to the Court by 4:00 p.m. on June 27, 2008, requesting that Exhibit R be sealed, the Court shall deny Gore's motion and direct that Exhibit R be filed in the public record.

The Court HEREBY ADVISES the parties that failure to comply with the time period required under Rule 79-5 shall, in the future, result in a denial of a motion to seal.

**IT IS SO ORDERED.**

Dated: June 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE