UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW (JL)<br><br>X~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR WITHDRAWAL OF PLAINTIFFS' MOTION FOR SANCTIONS FOR DISCOVERY ABUSES BY DEFENDANT W.L. GORE & ASSOCIATES, INC.<br><br>Date: June 4, 2008<br>Time: 9:30 am<br>Dept: Courtroom F, 15th Floor<br>Judge: Honorable James Larson |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

13214835.1

[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF PLAINTIFFS' MOTION FOR SANCTIONS FOR DISCOVERY ABUSES BY GORE (CASE NO. C06-04455 JSW (JL))

1  The Court, having considering plaintiffs Medtronic, Inc., Medtronic USA, Inc. and
2  Medtronic Vascular, Inc.'s Request for Withdrawal of Plaintiffs' Motion for Sanctions for
3  Discovery Abuses by defendant W.L. Gore & Associates, Inc., and finding good cause exists,
4  hereby ORDERS that Medtronic's request is hereby GRANTED.
5  IT IS SO ORDERED.

Dated: _June 24_____, 2008

_____
Honorable James Larson
Chief United States Magistrate Judge

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

13214835.1

- 2 -

[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF PLAINTIFFS' MOTION FOR SANCTIONS FOR DISCOVERY ABUSES BY GORE
(CASE NO. C06-04455 JSW (JL))