UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>DENYING [PROPOSED] ORDER ~~GRANTING~~ DEFENDANT W.L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(D) IN SUPPORT OF W.L. GORE & ASSOCIATES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 19, 2007 AND NOVEMBER 30, 2007 ORDERS ON CLAIM CONSTRUCTION |

This Court, having considered Defendant W. L. Gore & Associates, Inc.'s Administrative Motion To File Under Seal Pursuant To Civ. L.R. 79-5(d) In Support Of W. L. Gore & Associates, Inc.'s Reply Brief in Support of Gore's Motion For Reconsideration Of The Court's October 19, 2007 and November 30, 2007 Orders on Claim Construction, hereby ORDERS:

1. Defendant W. L. Gore & Associates, Inc.'s Motion is ~~GRANTED~~. DENIED. Plaintiffs attest that they do not seek to seal Exhibit R. (*See* Docket No. 202.) Gore shall file Exhibit R in the public record. It need not re-submit a chambers copy of the document.

SO ORDERED:

Dated: June 30, 2008 , 2008

_____
Honorable Jeffrey S. White
United States District Judge

---