UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> W. L. GORE & ASSOCIATES, INC., <br><br> Defendant. | CASE NO. C 06-04455 JSW (JL) <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION OF TIME FOR DEFENDANT W.L. GORE & ASSOCIATES, INC. TO SUBMIT THE EXPERT REPORT OF JONATHAN D. PUTNAM |

This Court, having considered Joint Stipulation And [Proposed] Order Requesting Extension Of Time For Defendant W.L. Gore & Associates, Inc. To Submit The Expert Report Of Jonathan D. Putnam, hereby ORDERS:

1.      The deadline for Gore to submit the expert report of Jonathan D. Putnam is extended to July 16, 2008.

SO ORDERED:

Dated: __July 15_____, 2008

_____
Honorable Jeffrey S. White
United States District Judge

DICKSTEIN
SHAPIRO LLP

[Proposed] Order Granting Joint Stipulation Requesting Extension Of Time For Gore To Submit Putnam Report s
C 06-04455 JSW (JL)

DOCSNY-318618v01