IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., ET AL,

    Plaintiffs,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.
                                       /

No. C 06-04455 JSW

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION RE REQUEST FOR EXPEDITED CONSIDERATION OF MOTION TO STRIKE**

The Court has received the parties Joint Stipulation requesting expedited consideration of the Motion to Strike the Peterson declaration. Having considered the parties' stipulation, the Court concurs that the motion for summary judgment and the motion to strike should be heard on the same date. The Court, however, denies the request for expedited consideration of the motion.

Accordingly, Plaintiffs' opposition to the motion shall be due on August 20, 2008. Gore's reply, if any, shall be due on August 27, 2008. The hearing on the motion for summary judgment is HEREBY CONTINUED to September 12, 2008 at 9:00 a.m. The pretrial conference and associated deadlines are VACATED and shall be reset after the Court rules on the pending motions.

**IT IS SO ORDERED.**

Dated: August 13, 2008

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE