UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>RESERVING IN PART, [PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART W.L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(d) IN SUPPORT OF W.L. GORE & ASSOCIATES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY |

1    The Court, having considered Defendant W.L. Gore & Associates, Inc.'s Administrative
2    Motion to File Under Seal Pursuant to Civ. L.R. 79-5(d) in Support of W.L. Gore & Associates,
3    Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity [Dkt. No.
4    246], and the Declaration of Joshua Walsh-Benson in Response to Gore's Administrative Motion,
5    GRANTS-IN-PART and DENIES-IN-PART Gore's Administrative Motion.

6    The following documents shall be filed under seal:

7    1)   Exhibit V (attached to the Declaration of Jennifer BianRosa in Support of W.L.
8    Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent
9    Invalidity).

10   2)   Exhibit W (attached to the Declaration of Jennifer BianRosa in Support of W.L.
11   Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent
12   Invalidity).

13   3)   ~~Exhibit Y (attached to the Declaration of Jennifer BianRosa in Support of W.L.~~
14   ~~Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent~~
15   ~~Invalidity).~~ The Court RESERVES RULING on Exhibit W, pending further detail on page and line numbers that are confidential.

16   4)   Exhibit Z (attached to the Declaration of Jennifer BianRosa in Support of W.L.
17   Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent
18   Invalidity).

19   5)   The unredacted version of Gore's Reply Brief in Support of Its Motion for
20   Summary Judgment of Patent Invalidity.

21   The following document shall not be filed under seal:

22   6)   Exhibit X (attached to the Declaration of Jennifer BianRosa in Support of W.L.
23   Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent
24   Invalidity).

25

26   **IT IS SO ORDERED.**

27   DATED: August 18, 2008 , 2008          _____
                                             HONORABLE JEFFREY S. WHITE
28                                           JUDGE OF THE U.S. DISTRICT COURT

13250826.1                - 2 -        [PROPOSED] ORDER GRANTING-IN-PART AND
                                       DENYING-IN-PART GORE'S ADMIN MOTION TO FILE
                                       UNDER SEAL / CASE NO. C06-04455 JSW

## PROOF OF SERVICE

I, Deborah Brown, declare:

I am employed in the State of California, over the age of eighteen years and not a party to the within-entitled action. My business address is 2440 W. El Camino Real, Suite 700, Mountain View, California 94040. On August 14, 2008, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART W.L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(d) IN SUPPORT OF W.L. GORE & ASSOCIATES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**

- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [x] by transmitting via electronic mail the document(s) listed above to the electronic email addresses set forth on this date.

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Mark J. Linderman, Esq.
mlinderman@sonnenschein.com
Hillary Noll Kalay, Esq.
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone:     (415) 882-5000
Facsimile:     (415) 882-0300

David H. Pfeffer, Esq. (*Pro Hac Vice*)
dpfeffer@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone:     (212) 415-8700
Facsimile:     (212) 415-8701

13250826.1

PROOF OF SERVICE
CASE NO. C06-04455 JSW

|   |   |
|---|---|
| 1 | Christopher K. Hu, Esq. (*Pro Hac Vice*) |
|   | huc@dicksteinshapiro.com |
| 2 | John T. Gallagher, Esq. (*Pro Hac Vice*) |
|   | gallagherj@dicksteinshapiro.com |
| 3 | Gerard A. Haddad, Esq. (*Pro Hac Vice*) |
|   | haddadg@dicksteinshapiro.com |
| 4 | Jennifer BianRosa, Esq. (*Pro Hac Vice*) |
|   | bianrosaj@DicksteinShapiro.com |
| 5 | DICKSTEIN SHAPIRO LLP |
|   | 1177 Avenue of the Americas |
| 6 | New York, NY  10036-2714 |
|   | Telephone:    (212) 277-6500 |
| 7 | Facsimile:    (212) 277-6501 |
|   |   |
| 8 | William J. Maledon, Esq. (*Pro Hac Vice*) |
|   | wmaledon@omlaw.com |
| 9 | OSBORN MALEDON PA |
|   | The Phoenix Plaza |
| 10 | 2929 North Central Avenue, 21st Floor |
|   | Phoenix, AZ  85012-2793 |
| 11 | Telephone:    (602) 640-9331 |
|   | Facsimile:    (602) 640-6079 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2008, at Mountain View, California.

                                                         /s/ Deborah Brown
                                                         Legal Secretary