UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>AMENDED RESERVING, [PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART W.L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(d) IN SUPPORT OF W.L. GORE & ASSOCIATES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY |

13250826.1

[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART GORE'S ADMIN MOTION TO FILE UNDER SEAL / CASE NO. C06-04455 JSW

1    The Court, having considered Defendant W.L. Gore & Associates, Inc.'s Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5(d) in Support of W.L. Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity [Dkt. No. 246], and the Declaration of Joshua Walsh-Benson in Response to Gore's Administrative Motion, GRANTS-IN-PART and DENIES-IN-PART Gore's Administrative Motion.

The following documents shall be filed under seal:

1) Exhibit V (attached to the Declaration of Jennifer BianRosa in Support of W.L. Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity).

2) Exhibit W (attached to the Declaration of Jennifer BianRosa in Support of W.L. Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity).

3) ~~Exhibit Y (attached to the Declaration of Jennifer BianRosa in Support of W.L. Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity).~~ The Court reserves ruling on Exhibit Y, pending further detail on page and line numbers that are confidential.

4) Exhibit Z (attached to the Declaration of Jennifer BianRosa in Support of W.L. Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity).

5) The unredacted version of Gore's Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity.

The following document shall not be filed under seal:

6) Exhibit X (attached to the Declaration of Jennifer BianRosa in Support of W.L. Gore & Associates, Inc.'s Reply Brief in Support of Its Motion for Summary Judgment of Patent Invalidity).

**IT IS SO ORDERED.**

DATED: August 19, 2008

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT