IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

    /

No. C 06-04455 JSW

**ORDER RE MOTION TO SEAL**

    Pursuant to the Declaration of Ellen Wang submitted on August 21, 2008, Exhibit Y to the Reply Declaration of Jennifer BianRosa shall be filed in the public record.

    **IT IS SO ORDERED.**

Dated: August 22, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE