UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b) and (c) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GORE'S MOTION TO STRIKE THE DECLARATION OF JAMES W. PETERSON |

1  This Court, having considered Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5(b), and the Declaration of Ellen J. Wang in Support of the Administrative Motion, hereby GRANTS Plaintiffs' Administrative Motion IN PART.

The following documents shall be filed under seal:

1. Copies of documents bates labeled MDT006298-MDT006312 (Exhibit 7 attached to the Declaration of Ellen J. Wang ISO of Medtronic's Opposition to Gore's Motion to Strike ("Wang Decl."));

3. Excerpted portion of the deposition transcript of James Jervis, taken on June 4, 2008 (Exhibit 8 of Wang Decl.); and

4. A copy of marked Jervis deposition Exhibit 1109 (Exhibit 9 of Wang Decl.).

The following document contains confidential portions that shall be filed under seal:

1. ~~Medtronic's Initial Disclosures Pursuant to Civ. R. 26(a)(1) (Exhibit 1 of Wang Decl.);~~

**IT IS SO ORDERED.**

Dated: August 26, 2008

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

The request to seal Exhibit 1 is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.  The witness's home address may be sealed.  The request to seal employee names is DENIED WITHOUT PREJUDICE pending a further showing as to how that information constitutes a trade secret.

Dechert LLP
Attorneys At Law
Palo Alto

- 2 -
14553446.1

[PROPOSED] ORDER GRANTING IN PART
MEDTRONIC'S ADMIN MOTION TO FILE
UNDER SEAL / CASE NO. C06-04455 JSW