1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SUBSTITUTE EXHIBIT 1** |

13263040.1

[PROPOSED] ORDER GRANTING MEDTRONIC'S
ADMIN MOTION TO SUBSTITUTE EXHIBIT 1
CASE NO. C06-04455 JSW

This Court, having considered Plaintiffs' Administrative Motion to Substitute Exhibit 1 to the Declaration of Ellen J. Wang In Support of Medtronic's Opposition to Gore's Motion to Strike the Declaration of James W. Peterson, hereby GRANTS Plaintiffs' Administrative Motion:

Medtronic may substitute Exhibit 1 with a redacted version of Exhibit 1.

The Court notes that it appears that much of this information was filed as Exhibit 1 to the Bianrosa Declaration in support of the motion to strike, and there is no indication in that document that Medtronic believed the information to be confidential.

**IT IS SO ORDERED.**

Dated: August 28, 2008

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT