MARK J. LINDERMAN (State Bar 144685)
mlinderman@sonnenschein.com
HILLARY NOLL KALAY (State Bar 233173)
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

CHRISTOPHER K. HU (pro hac vice)
huc@dicksteinshapiro.com
JOHN T. GALLAGHER (pro hac vice)
gallagherj@dicksteinshapiro.com
GERARD A. HADDAD (pro hac vice)
haddadg@dicksteinshapiro.com
JENNIFER BIANROSA (pro hac vice)
bianrosaj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

WILLIAM J. MALEDON (pro hac vice)
wmaledon@omlaw.com
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9331
Facsimile: (602) 640-6079

DAVID H. PFEFFER (pro hac vice)
dpfeffer@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Attorneys For Defendant
W. L. GORE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>DENYING [~~PROPOSED~~] ORDER ~~PERMITTING~~ DEFENDANT W.L. GORE & ASSOCIATES, INC.'S ENTRY AND EXIT TO THE COURT WITH EQUIPMENT<br><br>Date: September 12, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor, San Francisco<br>Judge: Hon. Jeffrey S. White |

ORDER

~~IT IS HEREBY ORDERED that Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC., its attorneys and agents, and Defendant W.L. GORE & ASSOCIATES, INC., its attorneys and agents, shall be permitted to enter and exit the Court with the following listed equipment, for use at the Hearing On Defendant W.L. Gore & Associate's Motion For Summary Judgment Of Patent Invalidity currently scheduled for September 12, 2008 at 9:00 a.m.~~

~~1.    Projection screen,~~

~~2.    LCD Data Projector,~~

~~3.    Document presenter (ELMO),~~

~~4.    Cables, power strips, extension cords, video switchers as necessary,~~

~~5.    AV Carts,~~

~~6.    3 Easels.~~

~~Michael Skrzypek of The Focal Point LLC and his associates are authorized to bring this equipment into the courtroom. In addition, each attorney from all parties to this action may bring a laptop computer for use in the courtroom. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.~~ The Court does not require visual aids at the motion hearing. Accordingly, the parties' request is DENIED.

Dated: September 9, 2008

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge