UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT W.L. GORE & ASSOCIATES, INC.'S MOTION FOR LEAVE TO FILE POST SUMMARY JUDGMENT HEARING SUBMISSION TO CORRECT THE RECORD |

This Court, having considered Defendant W. L. Gore & Associates, Inc.'s Motion For Leave To File Post Summary Judgment Hearing Submission To Correct The Record, hereby ORDERS: Based on the lack of opposition thereto,

1.   Defendant W. L. Gore & Associates, Inc.'s Motion is GRANTED.

SO ORDERED:

Dated: September 15, 2008

_____
Honorable Jeffrey S. White
United States District Judge

DICKSTEIN SHAPIRO LLP

[Proposed] Order Granting Gore's Motion For Leave To File Post Summary Judgment Hearing Submission To Correct The Record
C 06-04455 JSW (JL)

DOCSNY-328076v01