James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. ("Nicky") Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CSB No. 215478)
ellen.wang@dechert.com
Joshua Walsh-Benson (CSB No. 228983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040
Telephone:    (650) 813-4800
Facsimile:     (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA,
INC., AND MEDTRONIC VASCULAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>            Defendant. | Case No. C06-04455 JSW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b) DOCUMENT SUBMITTED AT SUMMARY JUDGMENT HEARING** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

13274565.1

PLAINTIFFS' ADMIN MOTION TO FILE UNDER
SEAL PURSUANT TO CIV. L.R. 79-5(b)
CASE NO. C06-04455 JSW

1  Pursuant to Civ. L.R. 79-5(b), plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively, "Medtronic") hereby requests that the entirety of the following document be filed under seal:

1. Copy of document bates labeled MDT372124.

This document was submitted to the Court on September 12, 2008 during the Summary Judgment Hearing in the matter of *Medtronic, Inc., et al. v. W.L. Gore & Associates, Inc*. This document has been designated "Confidential" by Medtronic because it potentially relates to intellectual property assets owned by Medtronic and constitutes communications regarding potential consulting services, or is otherwise entitled to protection under the law. Therefore, Medtronic seeks a sealing order to maintain the confidential designation of this document. A proposed order is submitted herewith.

Dated: September 16, 2008  DECHERT LLP

By: s/Ellen J. Wang
James J. Elacqua
Noemi C. ("Nicky") Espinosa
Ellen J. Wang
Joshua Walsh-Benson

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I, Deborah Brown, declare: |
| 3 | I am employed in the State of California, over the age of eighteen years and not a party to |
| 4 | the within-entitled action. My business address is 2440 W. El Camino Real, Suite 700, Mountain |
| 5 | View, California 94040. On September 16, 2008, I served a copy of the within document(s): |

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b) DOCUMENT SUBMITTED AT SUMMARY JUDGMENT HEARING**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by transmitting via electronic mail the document(s) listed above to the electronic email addresses set forth on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Mountain View, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Mark J. Linderman, Esq.
mlinderman@sonnenschein.com
Hillary Noll Kalay, Esq.
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone:     (415) 882-5000
Facsimile:      (415) 882-0300

David H. Pfeffer, Esq. (*Pro Hac Vice*)
dpfeffer@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone:     (212) 415-8700
Facsimile:      (212) 415-8701

Christopher K. Hu, Esq. (*Pro Hac Vice*)
huc@dicksteinshapiro.com
John T. Gallagher, Esq. (*Pro Hac Vice*)
gallagherj@dicksteinshapiro.com
Gerard A. Haddad, Esq. (*Pro Hac Vice*)
haddadg@dicksteinshapiro.com
Jennifer BianRosa, Esq. (*Pro Hac Vice*)
bianrosaj@DicksteinShapiro.com
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY  10036-2714
Telephone:     (212) 277-6500
Facsimile:      (212) 277-6501

William J. Maledon, Esq. (*Pro Hac Vice*)
wmaledon@omlaw.com
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793
Telephone:     (602) 640-9331
Facsimile:      (602) 640-6079

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2008, at Mountain View, California.

                                                      s/ Deborah Brown
                                                      Legal Secretary