1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED AT SUMMARY JUDGMENT HEARING** |

1  This Court, having considered Plaintiffs' Administrative Motion to File Under Seal
2  Pursuant to Civ. L.R. 79-5(b), and the Declaration of Ellen J. Wang in Support of the
3  Administrative Motion, hereby GRANTS Plaintiffs' Administrative Motion.
4  The following document shall be filed under seal:
5  1.  Copy of document bates labeled MDT372124, submitted at the Summary
6  Judgment Hearing on September 12, 2008.

8  **IT IS SO ORDERED.**

10  Dated: _____, 2008          _____
11                                                HONORABLE JEFFREY S. WHITE
                                                  JUDGE OF THE U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Deborah Brown, declare:

I am employed in the State of California, over the age of eighteen years and not a party to the within-entitled action. My business address is 2440 W. El Camino Real, Suite 700, Mountain View, California 94040. On September 16, 2008, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED AT SUMMARY JUDGMENT HEARING**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by transmitting via electronic mail the document(s) listed above to the electronic email addresses set forth on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Mountain View, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Mark J. Linderman, Esq.
mlinderman@sonnenschein.com
Hillary Noll Kalay, Esq.
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300

David H. Pfeffer, Esq. (*Pro Hac Vice*)
dpfeffer@morganfinnegan.com
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
Telephone:    (212) 415-8700
Facsimile:    (212) 415-8701

13274604

- 1 -

CERTIFICATE OF SERVICE
CASE NO. C06-04455 JSW

|   |   |
|---|---|
| 1 | Christopher K. Hu, Esq. (*Pro Hac Vice*) |
|   | huc@dicksteinshapiro.com |
| 2 | John T. Gallagher, Esq. (*Pro Hac Vice*) |
|   | gallagherj@dicksteinshapiro.com |
| 3 | Gerard A. Haddad, Esq. (*Pro Hac Vice*) |
|   | haddadg@dicksteinshapiro.com |
| 4 | Jennifer BianRosa, Esq. (*Pro Hac Vice*) |
|   | bianrosaj@DicksteinShapiro.com |
| 5 | DICKSTEIN SHAPIRO LLP |
|   | 1177 Avenue of the Americas |
| 6 | New York, NY  10036-2714 |
|   | Telephone:     (212) 277-6500 |
| 7 | Facsimile:      (212) 277-6501 |

William J. Maledon, Esq. (*Pro Hac Vice*)
wmaledon@omlaw.com
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793
Telephone:     (602) 640-9331
Facsimile:      (602) 640-6079

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2008, at Mountain View, California.

                                                            s/ Deborah Brown
                                                             Legal Secretary