1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED AT SUMMARY JUDGMENT HEARING**<br>AS MODIFIED HEREIN |

13274604

1  This Court, having considered Plaintiffs' Administrative Motion to File Under Seal
2  Pursuant to Civ. L.R. 79-5(b), and the Declaration of Ellen J. Wang in Support of the
3  Administrative Motion, hereby GRANTS Plaintiffs' Administrative Motion.
4  The following document shall be filed under seal:
5  1.  Copy of document bates labeled MDT372124, submitted at the Summary
6  Judgment Hearing on September 12, 2008.

If, however, Plaintiffs read any portion of the document into the record, they shall file a redacted portion of the document in the public record. The same is true for any document previously filed under seal and read into the record at the summary judgment hearing.

**IT IS SO ORDERED.**

Dated: September 16, 2008, 2008

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT