**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   MEDTRONIC, INC., ET AL,

10        Plaintiff,                              No. 06-04455 JSW

11   v.                                           **ORDER DENYING MOTION TO
                                                  SEAL PORTIONS OF**
12   W.L. GORE & ASSOCIATES, INC.,                **TRANSCRIPT OF SUMMARY
                                                  JUDGMENT HEARING**
13        Defendants.
                                              /

14

15        The Court has received Plaintiff's motion to seal portions of the transcript of the hearing

16   on the motion for summary judgment.  That motion is DENIED.  Plaintiffs did not request that

17   the Courtroom be sealed or cleared before the motion, and chose to read portions of documents

18   into the record notwithstanding the presence of members of the public.  Plaintiffs are

19   FURTHER ORDERED to comply with this Court's Order dated September 16, 2008, and to file

20   in the public record redacted versions of the exhibits read into the record at the hearing.

21        **IT IS SO ORDERED.**

22

23   Dated: September 24, 2008

                                              _____
24                                            JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

25

26

27

28