IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

No. C 06-04455 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO CONSTRUE ADDITIONAL TERM**

On February 13, 2009, Defendant W.L. Gore & Associates, Inc. ("Gore") filed a motion for leave to designate an additional claim term for construction, which is noticed for hearing on April 3, 2009. It is HEREBY ORDERED that Plaintiffs' opposition brief shall be due on March 6, 2009, and Gore's reply shall be due on March 13, 2009. If the Court finds the matter suitable for disposition on the papers, it shall notify the parties in advance of the hearing. If the parties wish to modify this briefing schedule, they shall file a request with the Court demonstrating good cause for any requested modification.

**IT IS SO ORDERED.**

Dated: February 17, 2009

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE