UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT W. L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(C) IN SUPPORT OF DEFENDANT W.L. GORE & ASSOCIATES, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO DESIGNATE AN ADDITIONAL TERM FOR CONSTRUCTION<br><br>Docket 323 |

This Court, having considered Defendant W. L. Gore & Associates, Inc.'s Administrative Motion To File Under Seal Pursuant To Civ. L.R. 79-5(c) In Support Of W. L. Gore & Associates, Inc.'s Reply In Support Of Its Motion For Leave To Designate An Additional Term For Construction, hereby ORDERS:

1. Defendant W. L. Gore & Associates, Inc.'s Motion is GRANTED. The redacted portions of Exhibit B to the BianRosa Declaration in Support of Gore's reply shall be filed under seal.

SO ORDERED:

Dated: March 13, 2009

_____
Honorable Jeffrey S. White
United States District Judge