1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART GORE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 312] |

1  This Court, having considered Defendant Gore's Administrative Motion to File Under Seal Pursuant to Civil Local Rule 79-5(d) and the Declaration of Joshua Walsh-Benson in support of same, GRANTS-IN-PART and DENIES-IN-PART Gore's Administrative Motion.

1) The following documents SHALL be filed under seal: Exhibits D, E and F to the BianRosa Declaration [Dkt. Nos. 310-6, 310-7 and 310-8] and the un-redacted version of Gore's Claim Construction Memorandum in support of Its Construction of the Term 'Wire.'"

2) The following documents SHALL NOT be filed under seal: Exhibits B and C to the BianRosa Declaration [Dkt. Nos. 310-4 and 310-5].

**IT IS SO ORDERED:**

DATED: March 13, 2009

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT