UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**[PROPOSED] ORDER ON STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR JOINT PROPOSAL ON THE ISSUE OF INDEFINITENESS** |

On March 25, 2009, plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. and defendant W.L. Gore & Associates, Inc., submitted a Stipulated Request for an Order Extending Deadline for Joint Proposal on the Issue of Indefiniteness. Having reviewed the submission and having considered the issues before the Court, the Court agrees that an extension of time to April 3, 2009, is appropriate.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 25, 2009

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

- 1 - [PROPOSED] ORDER ON STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR JOINT PROPOSAL ON THE ISSUE OF INDEFINITENESS; CASE NO. C06-04455 JSW