UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT W. L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(C) IN SUPPORT OF ITS SUBMISSION ON INDEFINITENESS OF THE JERVIS PATENTS |

This Court, having considered defendant W. L. Gore & Associates, Inc.'s Administrative Motion To File Under Seal Pursuant To Civ. L.R. 79-5(c) In Support Of Its Submission On Indefiniteness Of The Jervis Patents, hereby ORDERS:

1.  Defendant W. L. Gore & Associates, Inc.'s Motion is GRANTED.

SO ORDERED:

Dated: April 7, 2009

*Jeffrey S. White*

Honorable Jeffrey S. White
United States District Judge

DICKSTEIN
SHAPIRO LLP

[Proposed] Order Granting Gore's Motion For Seal
C 06-04455 JSW (JL)

DOCSNY-357017v01