# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | Case No. C 06-04455 JSW (JL)<br><br>[PROPOSED] ORDER GRANTING IN PART STIPULATION REQUESTING APPROVAL FOR SETTLEMENT MEETING BETWEEN THE PARTIES INSTEAD OF AN ADDITIONAL THIRD-PARTY MEDIATION SESSION |

The Court, having considered the parties' Stipulation Requesting Approval for Settlement Meeting Between the Parties Instead of an Additional Third-Party Mediation Session, and good cause appearing for such request, hereby GRANTS such stipulation and directs the parties to complete by June 11, 2009, a face-to-face CEO/business executive settlement meeting instead of the additional mediation session with a third-party mediator specified in the Court's March 17 Order. The Court, however, reserves its right to order the parties to participate in a third-party mediation session at a later date.

**SO ORDERED:**

Dated: April 28, 2009

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED ORDER] ORDER GRANTING JOINT STIPULATION REQUESTING SETTLEMENT MEETING
Case No. C 06-04455 JSW (JL)