UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART GORE'S ADMINISTRATIVE REQUEST TO EXCEED THE PAGE LIMIT FOR ITS *DAUBERT* MOTION IN LIMINE AND FOR A REPLY BRIEF AND ORAL ARGUMENT** |

This Court, having considered Defendant Gore's Administrative Request To Exceed The Page Limit For Its *Daubert* Motion In Limine And For A Reply Brief And Oral Argument; and Plaintiff Medtronic's opposition thereto; hereby GRANTS-IN-PART AND DENIES-IN-PART Gore's Administrative Request as follows:

1) Defendant Gore's request to exceed the page limit for its *Daubert* motion in limine is GRANTED. Pursuant to stipulation, Defendant Gore may exceed the number of pages for its *Daubert* motion in limine by 2 pages (for a total of 9 pages). Plaintiff Medtronic may also file an opposition memorandum of up to 9 pages.

2) Defendant Gore's request to file a reply memorandum to its *Daubert* motion in limine is DENIED. If the Court believes a reply is necessary, it will request one from Gore.

3) Defendant Gore's request for separate oral argument on its *Daubert* motion in limine is DENIED. The motion will be heard with all other motions in limine at the pretrial conference.

IT IS SO ORDERED.

DATED: June 10, 2009

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT