UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT W. L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(C) IN SUPPORT OF ITS *DAUBERT* MOTION IN LIMINE (NO. 1) TO PRECLUDE MEDTRONIC FROM ELICITING CERTAIN EXPERT TESTIMONY CONCERNING ALLEGED INFRINGEMENT<br><br>Docket No. 367 |

This Court, having considered Defendant W.L. Gore & Associates, Inc.'s ~~*Daubert* Motion In Limine (No. 1) To Preclude Medtronic From Eliciting Certain Expert Testimony Concerning Alleged Infringement, hereby ORDERS~~ motion to file under seal in support of its Daubert Motion in Limine No. 1, the Court HEREBY ORDERS:

1.   Defendant W. L. Gore & Associates, Inc.'s Motion is GRANTED. and Exhibits A, B, D and E shall be filed under seal.

SO ORDERED:

Dated: _July 9_____, 2009

_____
Honorable Jeffrey S. White
United States District Judge