IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., ET AL,

    Plaintiff,

v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

No. C 06-04455 JSW

**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

    Pursuant to Local Rule 72-1, and this Court's prior Order advising the parties that it reserved the right to send this matter to a settlement conference before a Magistrate Judge, this matter is hereby referred to Magistrate Judge Elizabeth D. Laporte for a settlement conference to be held on August 20, 2009. The parties shall be notified by Magistrate Judge Laporte of the time and place of the settlement conference.

    **IT IS SO ORDERED.**

Dated: July 15, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc:     Wings Hom