

RECEIVE
09 APR -7 PM 1:3
RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF KAREN D. MCDANIEL FOR ADMISSION *PRO HAC VICE* |

Karen D. McDaniel, whose business address and telephone number is: MERCHANT & GOULD, 3200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, (612) 332-5300, and who is an active member in good standing of the bar of Minnesota having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Medtronic, Inc.

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

13406334

[PROPOSED] ORDER GRANTING APPLICATION OF
KAREN D. MCDANIEL FOR ADMISSION *PRO HAC
VICE* / CASE NO. C06-04455 JSW

1  application will constitute notice to the party.  All future filings in this action are subject to the

2  requirements contained in General Order No. 45, *Electronic Case Filing*.

3  Dated: ___July 27_____, 2009

4                                                  HONORABLE JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13406334                          - 2 -        [PROPOSED] ORDER GRANTING APPLICATION OF
                                                KAREN D. MCDANIEL FOR ADMISSION *PRO HAC*
                                                *VICE* / CASE NO. C06-04455 JSW