United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs,

  v.

W.L. GORE & ASSOCIATES, INC.,

    Defendant.

No. C 06-04455 JSW

**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO SHORTEN TIME**

Now before the Court for consideration is the Administrative Motion to Shorten Time filed by Plaintiffs, in which they ask the Court to hear their motion for leave to supplement their damages expert report and for order requiring defendant W.L. Gore & Associates to produce updated financial information on shortened time, in light of the impending pretrial conference and trial dates. Plaintiffs ask the Court to hear the motion on July 31, 2009. On July 23, 2009, Gore submitted its opposition to the motion to shorten time, which also addresses the substance of Plaintiffs' underlying motion. Accordingly, Medtronic's motion to shorten time is granted in part. Gore's opposition to the motion to shorten time is deemed to be its opposition to the underlying motion. No reply from Plaintiffs shall be permitted, and the Court shall address the matter at the pretrial conference set for August 12, 2009.

**IT IS SO ORDERED.**

Dated: July 27, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE