UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>DENYING<br>[PROPOSED] ORDER ~~GRANTING~~ DEFENDANT W.L. GORE & ASSOCIATES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS TRIAL BRIEF |

This Court, having considered Defendant W. L. Gore & Associates, Inc.'s Administrative Motion For Leave To Exceed The Page Limit For Its Trial Brief, hereby ORDERS:

DENIED.
1. Defendant W. L. Gore & Associates, Inc.'s Motion is ~~GRANTED~~.

SO ORDERED:

Dated: July 27_____, 2009    _____
                                  Honorable Jeffrey S. White
                                  United States District Judge