UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> W. L. GORE & ASSOCIATES, INC., <br><br> Defendant. | CASE NO. C 06-04455 JSW (JL) <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF JOSHUA P. JAFFE FOR ADMISSION *PRO HAC VICE* |

Joshua P. Jaffe, whose business address and telephone number is: DICKSTEIN & SHAPIRO, LLP, 1177 Avenue of the Americas, New York, New York 10036, (212) 277-6783, and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing W.L. Gore & Associates, Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __July 27_____, 2009

_____
Honorable Jeffrey S. White
United States District Judge

---