| | |
|---|---|
| MARK J. LINDERMAN (State Bar 144685)<br>mlinderman@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, California 94105-2708<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300 | WILLIAM J. MALEDON (pro hac vice)<br>wmaledon@omlaw.com<br>OSBORN MALEDON PA<br>The Phoenix Plaza<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012-2793<br>Telephone: (602) 640-9331<br>Facsimile: (602) 640-6079 |

CHRISTOPHER K. HU (pro hac vice)
huc@dicksteinshapiro.com
JOHN T. GALLAGHER (pro hac vice)
gallagherj@dicksteinshapiro.com
GERARD A. HADDAD (pro hac vice)
haddadg@dicksteinshapiro.com
JENNIFER BIANROSA (pro hac vice)
bianrosaj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019-6501
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC. and MEDTRONIC VASCULAR, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>            Defendant. | CASE NO. C 06-04455 JSW (JL)<br><br>**[~~PROPOSED~~] ORDER PERMITTING ENTRY AND EXIT TO THE COURT WITH EQUIPMENT**<br><br>**SETTLEMENT CONFERENCE**<br>DATE: AUGUST 20, 2009<br>TIME:  9:30 A.M.<br>CTRM.: E, 15TH FLOOR<br><br><br>HONORABLE ELIZABETH D. LAPORTE |

# ORDER

IT IS HEREBY ORDERED that Defendant W.L. GORE & ASSOCIATES, INC., its attorneys and agents, shall be permitted to enter and exit the Court with the following listed equipment, for use at the Settlement Conference, in the above-entitled matter, currently scheduled for August 20, 2009 at 9:30 a.m.

1. 1 can of Micro Blast compressed air spray,
2. Several metal strips,
3. Container of various stent-graft devices, deployed and on catheters,
4. Metal demonstration device and tools,
5. Various metal wire samples.

Dated: August 19, 2009



Honorable Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte

27330643\V-1