James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Andrew N. Thomases (CSB No. 177339)
andrew.thomases@dechert.com
Ellen J. Wang (CSB No. 215478)
ellen.wang@dechert.com
Hieu H. Phan (CSB No. 218216)
hieu.phan@dechert.com
Joshua C. Walsh-Benson (CSB No. 228983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

Mark J. Linderman (CBN No. 144685)
mlinderman@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Christopher K. Hu (*Pro Hac Vice*)
huc@dicksteinshapiro.com
John T. Gallagher (*Pro Hac Vice*)
gallagherj@dicksteinshapiro.com
Gerard A. Haddad (*Pro Hac Vice*)
haddadg@dicksteinshapiro.com
Jennifer Bianrosa (*Pro Hac Vice*)
bianrosaj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

William J. Maledon (*Pro Hac Vice*)
wmaledon@omlaw.com
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
Telephone: (602) 640-9331
Facsimile: (602) 640-6079

Attorneys for Defendant
W. L. GORE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>**JOINT STIPULATION TO VACATE TRIAL DATE** |

1  The parties hereby stipulate to vacate the trial date in the above-captioned matter set for
2  August 31, 2009, pending the finalization of the settlement agreement based on the terms for
3  settlement agreed to on August 20, 2009.

4  Dated: August 21, 2009        DECHERT LLP

5                                By: /s/ James J. Elacqua
6                                    James J. Elacqua
                                     Noemi C. Espinosa
7                                    Andrew N. Thomases
                                     Ellen J. Wang
8                                    Hieu H. Phan
                                     Joshua C. Walsh-Benson
9
                                  Attorneys for Plaintiffs
10                                MEDTRONIC, INC., MEDTRONIC USA, INC.
                                  and MEDTRONIC VASCULAR, INC.
11
    Dated: August 21, 2009        OSBORN MALEDON PA
12
13                                By: /s/ William J. Maledon
                                     William J. Maledon (*Pro Hac Vice*)
                                     The Phoenix Plaza
14                                   2929 North Central Avenue, 21st Floor
                                     Phoenix, Arizona 85012-2793
15                                   Telephone: (602) 640-9331

16                                   Mark J. Linderman (CSB No. 144685)
                                     SONNENSCHEIN NATH & ROSENTHAL LLP
17                                   525 Market Street, 26th Floor
                                     San Francisco, California 94105-2708
18                                   Telephone: (415) 882-5000

19                                   Christopher K. Hu (*Pro Hac Vice*)
                                     John T. Gallagher (*Pro Hac Vice*)
20                                   Gerard A. Haddad (*Pro Hac Vice*)
                                     Jennifer BianRosa (*Pro Hac Vice*)
21                                   DICKSTEIN SHAPIRO LLP
                                     1633 Broadway
22                                   New York, New York 10019
                                     Telephone: (212) 277-6500
23
                                  Attorneys for Defendant
24                                W. L. GORE & ASSOCIATES, INC.

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -                             JOINT STIPULATION TO VACATE TRIAL DATE
                                              CASE NO. C06-04455 JSW

**FILER'S ATTESTATION**

1. I, James J. Elacqua, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 21, 2009

/s/ James J. Elacqua
James J. Elacqua
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

# **PROOF OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 21st day of August, 2009, with an electronic copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Mark J. Linderman, Esq. | mlinderman@sonnenschein.com |
| Christopher K. Hu, Esq. | huc@dicksteinshapiro.com |
| John T. Gallagher, Esq. | gallagherj@dicksteinshapiro.com |
| Gerard A. Haddad, Esq. | haddadg@dicksteinshapiro.com |
| Jennifer BianRosa, Esq. | bianrosaj@dicksteinshapiro.com |
| David H. Pfeffer, Esq. | dpfeffer@lockelord.com |
| William J. Maledon, Esq. | wmaledon@omlaw.com |

By: /s/ James J. Elacqua
James J. Elacqua

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

13583739