| | |
|---|---|
| James J. Elacqua (CSB No. 187897)<br>james.elacqua@dechert.com<br>Noemi C. Espinosa (CSB No. 116753)<br>nicky.espinosa@dechert.com<br>Andrew N. Thomases (CSB No. 177339)<br>andrew.thomases@dechert.com<br>Ellen J. Wang (CSB No. 215478)<br>ellen.wang@dechert.com<br>Hieu H. Phan (CSB No. 218216)<br>hieu.phan@dechert.com<br>Joshua C. Walsh-Benson (CSB No. 228983)<br>joshua.walsh-benson@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA  94040-1499<br>Telephone:      (650) 813-4800<br>Facsimile:       (650) 813-4848<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC USA,<br>INC., AND MEDTRONIC VASCULAR, INC. | Mark J. Linderman (CBN No. 144685)<br>mlinderman@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA  94105-2708<br>Telephone:      (415) 882-5000<br>Facsimile:       (415) 882-0300<br><br>Christopher K. Hu (*Pro Hac Vice*)<br>huc@dicksteinshapiro.com<br>John T. Gallagher (*Pro Hac Vice*)<br>gallagherj@dicksteinshapiro.com<br>Gerard A. Haddad (*Pro Hac Vice*)<br>haddadg@dicksteinshapiro.com<br>Jennifer Bianrosa (*Pro Hac Vice*)<br>bianrosaj@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, NY  10019<br>Telephone:      (212) 277-6500<br>Facsimile:       (212) 277-6501<br><br>William J. Maledon (*Pro Hac Vice*)<br>wmaledon@omlaw.com<br>OSBORN MALEDON PA<br>The Phoenix Plaza<br>2929 North Central Avenue, 21st Floor<br>Phoenix, AZ  85012-2793<br>Telephone:      (602) 640-9331<br>Facsimile:       (602) 640-6079<br><br>Attorneys for Defendant<br>W. L. GORE & ASSOCIATES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>       Defendant. | Case No. C06-04455 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE TRIAL DATE** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO VACATE TRIAL DATE
CASE NO. C06-04455 JSW

1     Pursuant to the stipulation of the parties, the trial date set for August 31, 2009 shall be vacated, pending the finalization of the settlement agreement based on the terms for settlement agreed to on August 20, 2009.

    IT IS SO ORDERED.

Dated: _____, 2009

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO VACATE TRIAL DATE
CASE NO. C06-04455 JSW

Case3:06-cv-04455-JSW   Document572   Filed08/21/09   Page3 of 3

# PROOF OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 21st day of August, 2009, with an electronic copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Mark J. Linderman, Esq. | mlinderman@sonnenschein.com |
| Christopher K. Hu, Esq. | huc@dicksteinshapiro.com |
| John T. Gallagher, Esq. | gallagherj@dicksteinshapiro.com |
| Gerard A. Haddad, Esq. | haddadg@dicksteinshapiro.com |
| Jennifer BianRosa, Esq. | bianrosaj@dicksteinshapiro.com |
| David H. Pfeffer, Esq. | dpfeffer@lockelord.com |
| William J. Maledon, Esq. | wmaledon@omlaw.com |

By: /s/ James J. Elacqua
James J. Elacqua

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

13583762

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

PROOF OF SERVICE
CASE NO. C06-04455 JSW