| | |
|---|---|
| James J. Elacqua (CSB No. 187897) | Mark J. Linderman (CBN No. 144685) |
| james.elacqua@dechert.com | mlinderman@sonnenschein.com |
| Noemi C. Espinosa (CSB No. 116753) | SONNENSCHEIN NATH & ROSENTHAL LLP |
| nicky.espinosa@dechert.com | 525 Market Street, 26th Floor |
| Andrew N. Thomases (CSB No. 177339) | San Francisco, CA  94105-2708 |
| andrew.thomases@dechert.com | Telephone: (415) 882-5000 |
| Ellen J. Wang (CSB No. 215478) | Facsimile: (415) 882-0300 |
| ellen.wang@dechert.com | |
| Hieu H. Phan (CSB No. 218216) | Christopher K. Hu (*Pro Hac Vice*) |
| hieu.phan@dechert.com | huc@dicksteinshapiro.com |
| Joshua C. Walsh-Benson (CSB No. 228983) | John T. Gallagher (*Pro Hac Vice*) |
| joshua.walsh-benson@dechert.com | gallagherj@dicksteinshapiro.com |
| DECHERT LLP | Gerard A. Haddad (*Pro Hac Vice*) |
| 2440 W. El Camino Real, Suite 700 | haddadg@dicksteinshapiro.com |
| Mountain View, CA  94040-1499 | Jennifer Bianrosa (*Pro Hac Vice*) |
| Telephone: (650) 813-4800 | bianrosaj@dicksteinshapiro.com |
| Facsimile: (650) 813-4848 | DICKSTEIN SHAPIRO LLP |
| | 1633 Broadway |
| Attorneys for Plaintiffs | New York, NY  10019 |
| MEDTRONIC, INC., MEDTRONIC USA, | Telephone: (212) 277-6500 |
| INC., AND MEDTRONIC VASCULAR, INC. | Facsimile: (212) 277-6501 |
| | |
| | William J. Maledon (*Pro Hac Vice*) |
| | wmaledon@omlaw.com |
| | OSBORN MALEDON PA |
| | The Phoenix Plaza |
| | 2929 North Central Avenue, 21st Floor |
| | Phoenix, AZ  85012-2793 |
| | Telephone: (602) 640-9331 |
| | Facsimile: (602) 640-6079 |
| | |
| | Attorneys for Defendant |
| | W. L. GORE & ASSOCIATES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> W. L. GORE & ASSOCIATES, INC., a Delaware corporation, <br><br> Defendant. | Case No. C06-04455 JSW <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE TRIAL DATE** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO VACATE TRIAL DATE
CASE NO. C06-04455 JSW

1   Pursuant to the stipulation of the parties, the trial date set for August 31, 2009 shall be
2   vacated, pending the finalization of the settlement agreement based on the terms for settlement
3   agreed to on August 20, 2009. If a dismissal is not filed by September 4, 2009, the parties shall file a status report on that date advising the Court as to when they
4   IT IS SO ORDERED. anticipate the settlement shall be finalized.
5   Dated: __August 24__, 2009     _/s/ Jeffrey S. White_____
6                                  HONORABLE JEFFREY S. WHITE
                                   UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO VACATE TRIAL DATE
CASE NO. C06-04455 JSW