James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Andrew N. Thomases (CSB No. 177339)
andrew.thomases@dechert.com
Ellen J. Wang (CSB No. 215478)
ellen.wang@dechert.com
Hieu H. Phan (CSB No. 218216)
hieu.phan@dechert.com
Joshua C. Walsh-Benson (CSB No. 228983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone:    (650) 813-4800
Facsimile:    (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA,
INC., AND MEDTRONIC VASCULAR, INC.

Mark J. Linderman (CSB No. 144685)
mlinderman@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300

Christopher K. Hu (*Pro Hac Vice*)
huc@dicksteinshapiro.com
John T. Gallagher (*Pro Hac Vice*)
gallagherj@dicksteinshapiro.com
Gerard A. Haddad (*Pro Hac Vice*)
haddadg@dicksteinshapiro.com
Jennifer Bianrosa (*Pro Hac Vice*)
bianrosaj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone:    (212) 277-6500
Facsimile:    (212) 277-6501

William J. Maledon (*Pro Hac Vice*)
wmaledon@omlaw.com
OSBORN MALEDON PA
The Phoenix Plaza
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
Telephone:    (602) 640-9331
Facsimile:    (602) 640-6079

Attorneys for Defendant
W. L. GORE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-04455 JSW<br><br>[PROPOSED] **ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees incurred in this litigation

Dated: September 4, 2009

_____
Honorable Jeffrey S. White
United States District Judge